# MEMO ENDORSED



| | THE CITY OF NEW YORK | |
|---|---|---|
| ZACHARY W. CARTER<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | ADRIA BONILLAS<br>*Assistant Corporation Counsel*<br>phone: (212) 356-5035<br>fax: (212) 356-3509<br>email: abonill@law.nyc.gov |

May 29, 2019

**By ECF**
Honorable George B. Daniels
United States District Judge
500 Pearl Street
New York, New York 10007

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/19
```

Re: Steven Gonzalez v. Correction Officer Rentas,
17-cv-8885 (GBD) (GWG)

Your Honors:

    I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney representing defendant Correction Officer Steven Rentas in the above-referenced matter. The undersigned writes to respectfully inform the Court that as of May 29, 2019, the parties reached a settlement in principle. The undersigned will promptly send the settlement paperwork to plaintiff for his execution. In light of this information, defendant respectfully requests that all deadlines be adjourned *sine die*.

    Defendant thanks the Court for its attention to this matter.

Respectfully submitted,

/s/
Adria Bonillas
*Assistant Corporation Counsel*

**By First Class Mail**
Steven Gonzalez
*Plaintiff Pro Se*
400 East 30th Street
New York, NY 10016

All deadlines are extended by 60 days. The Clerk is directed to change the docket sheet to reflect the address for plaintiff above.

SO ORDERED: DATE: 5/29/19

GABRIEL W GORENSTEIN
UNITED STATES MAGISTRATE JUDGE