UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------- x

Steven Gonzalez,

                                  Plaintiff,

             -against-

Correction Officer Steven Rentas,

                               Defendant.

-------------------------------------------------------------------------------- x

**STIPULATION AND
ORDER OF DISMISSAL**

17-cv-8885  (GBD) (GWG)

      **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

    1.     The above-referenced action is hereby dismissed with prejudice; and

2.      Notwithstanding the dismissal of this action in accordance with this agreement,

the District Court shall continue to retain jurisdiction over this action for the purpose of

enforcing the terms of the settlement agreement reached between the parties and set forth in the

Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
         07-08          , 2019

Steven Gonzalez                                     ZACHARY W. CARTER
*Plaintiff* Pro Se                                  Corporation Counsel of the
400 East 30th Street                                   City of New York
New York, New York 10016                            *Attorney for Defendant*
                                                    100 Church Street, 3rd Floor
                                                    New York, New York 10007

By: _S. Gonzalez_                     By: _Adria Bonillas_

    Steven Gonzalez                                 Adria Bonillas
    *Plaintiff* Pro Se                              *Assistant Corporation Counsel*

                                                    SO ORDERED:

                                                    _George B. Daniels_

                                                    HON. GEORGE B. DANIELS
                                                    UNITED STATES DISTRICT JUDGE

                                                    Dated: JUL 1 5 2019        , 2019